United States Courts
Southern District of Texas
**FILED**

AUG 2 3 2022

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. **4:22-CR-411** |
| CARLOS LAZO, JR., | § § | |
| Defendant. | § | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### Count One
#### (Disposing of a firearm to a prohibited person)

On or about November 18, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**CARLOS LAZO, JR.**

did knowingly dispose of a firearm, that is, a Taurus, Model PT 92 AF, 9mm in caliber, semi-automatic pistol, serial number TKH09233AFD, to Josue Martinez-Contreras, knowing and having reasonable cause to believe that Josue Martinez-Contreras was illegally or unlawfully in the United States.

In violation of Title 18, United States Code, Sections 922(d)(5)(A) and 924(a)(2).

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

_____
Leo J. Leo, III
Assistant United States Attorney